# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Citadel Watford Disposal Partners, L.P., et al.<br>    Debtor | Bankruptcy Case No.: 15–11323–KJC<br><br>Bankruptcy Chapter: 11 |
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al.,<br><br>    Plaintiff<br><br>    vs.<br><br>Great Dakota Energy, LLC n/k/a Citadel Energy Partners, LLC<br><br>    Defendant(s) | <br><br><br><br>Adv. Proc. No.: 17–50655–KJC |

**JUDGMENT BY DEFAULT**

On 9/11/17, default was entered against defendant(s) Great Dakota Energy, LLC n/k/a Citadel Energy Partners, LLC. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Great Dakota Energy, LLC n/k/a Citadel Energy Partners, LLC in the amount of $899,530.04 plus court filing costs in the amount of $350.00.

In addition, interest is hereby awarded to plaintiff at the rate provided in 28 U.S.C. § 1961.

Date: 9/20/17

_Una O'Boyle_

Una O'Boyle, Clerk of Court

(VAN–433a)