# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Citadel Watford City Disposal Partners, L.P., et al.,[1] | : | Case No. 15-11323 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 17-50655 (KJC) |
| v. | : | |
| Great Dakota Energy, LLC, n/k/a Citadel Energy Partners, LLC, et al., | : | |
| Defendants. | : | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al. (the "Liquidation Trustee"), through its undersigned counsel, hereby dismisses the above-captioned adversary proceeding (the "Adversary Proceeding") against Gerald and Margaret Lawrence only pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), made

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-001 NTC A0489369.DOCX}

applicable to this Adversary Proceeding by Fed. R. Bankr. P. 7041, each party to bear its own costs.

Dated: October 27, 2017                **SHAW FISHMAN GLANTZ
                                       & TOWBIN LLC**

/s/ Johnna M. Darby
Thomas M. Horan (DE Bar No. 4641)
Johnna M. Darby (DE Bar No. 5153)
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Telephone: (302) 691-3774
E-mail: thoran@shawfishman.com
E-mail: jdarby@shawfishman.com

-and-

Allen J. Guon
Allison Hudson
321 N. Clark St., Suite 800
Chicago, IL 60654
Telephone: (312) 541-0151
E-mail: aguon@shawfishman.com
E-mail: ahudson@shawfishman.com

*Counsel to Gavin/Solmonese LLC,
Liquidation Trustee*