# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : : : | Chapter 11 |
| | : | Case No. 15-11323 (KJC) |
| Citadel Watford City Disposal Partners, L.P., et al.,[1] | : : | (Jointly Administered) |
| Debtors. | : : : | |
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | : : : : : | |
| Plaintiff, | : : | Adv. Pro. No. 17-50655 (KJC) |
| v. | : : | **Re: D.I. 40** |
| SMC Global Ventures, LLC, a Wyoming limited liability company, et al., | : : : : | |
| Defendants. | : | |

## STATUS REPORT IN ADVERSARY PROCEEDING

| Status | Description |
|---|---|
| C | On December 22, 2017, the Court entered an order granting Defendant's counsel's motion to withdraw as counsel for Defendant SMC Global Ventures, LLC. D.I. 15. The Court further ordered that the Liquidation Trustee was authorized to file requests for entry of default and entry of judgment by default against Defendant without further notice, if Defendant's substitute counsel did not file a responsive pleading to the Complaint by the deadline contained in the Order. Defendant did not file a responsive pleading. On April 27, 2018, the Liquidation Trustee filed its request for entry of default [D.I. 41]. The Clerk of the Court entered the default on April 30, 2018 [D.I. 42]. On April 30, 2018, the Liquidation Trustee filed its request for entry of default judgment [D.I. 43]. On May 1, 2018, the Clerk of the Court entered the default judgment [D.I. 44]. |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-001 RPT A0505811.DOCX}

2

Dated:  May 2, 2018

**SHAW FISHMAN GLANTZ
  & TOWBIN LLC**

/s/ Johnna M. Darby
Thomas M. Horan (DE Bar No. 4641)
Johnna M. Darby (DE Bar No. 5153)
300 Delaware Avenue, Suite 1370
Wilmington, Delaware 19801
Telephone:  (302) 691-3774
E-mail:  thoran@shawfishman.com
E-mail:  jdarby@shawfishman.com

*Counsel to Gavin/Solmonese LLC,
Liquidation Trustee*

{12058-001 RPT A0505811.DOCX}

2